**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 01-6973**

————————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

KENNETH JUNIOR SMITH,

                                    Defendant - Appellant.

————————

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  Henry M. Herlong, Jr., District
Judge.  (CR-98-1169, CA-01-249)

————————

Submitted:  November 29, 2001        Decided:  December 5, 2001

————————

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

————————

Dismissed by unpublished per curiam opinion.

————————

Kenneth Junior Smith, Appellant Pro Se.  Kevin Frank McDonald,
Elizabeth Jean Howard, OFFICE OF THE UNITED STATES ATTORNEY,
Greenville, South Carolina, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kenneth Junior Smith seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinions denying relief and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Smith</u>, Nos. CR-98-1169; CA-01-249 (D.S.C. Mar. 14, 2001, and filed May 10, 2001 & entered May 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>